IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO K. DAVIS                                                                                    PLAINTIFF

v.                                         Case No. 5:13-CV-05310

DENNY HYSLIP, Chief Public Defender; LEANA
HOUSTON, Chief Deputy Public Defender; and
SHERIFF TIM HELDER, Washington County,
Arkansas                                                                                           DEFENDANTS

**O R D E R**

Currently before the Court is the report and recommendation (Doc. 7) filed in this case on February 13, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The time for filing objections has passed with no objections having been filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendation, separate Defendants Denny Hyslip and Leana Houston are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 6th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE